WILLIAM MILLER, Appellant, v. ELIZABETH S. NIXDORF, as Administrator, etc., of WILLIAM G. NIXDORF, Deceased, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

W. H. BLODGETT COMPANY, Appellant, v. HUTCHINSON-CLARK, INC., Respondent.— Judgment affirmed, with costs, on the authority of *Standard Casing Co., Inc.*, v. *California Casing Co., Inc.* (233 N. Y. 413). All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HARRY W. HEIT, Respondent, v. I. ELBERT SCRANTOM, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

IDA M. HEIT, Respondent, v. I. ELBERT SCRANTOM, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MOSES B. BESENETTE, Respondent, v. CHARLES B. BESENETTE and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GERMAN MILITARY SOCIETY OF ROCHESTER, N. Y., Respondent, v. MAMIE KOLB GEREW, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

NIAL E. SMITH, as Administrator, etc., of ELSIE M. SMITH, Deceased, Respondent, v. THE TOWN OF OGDEN and Others, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $7,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Appellant, v. PHOENIX INSURANCE COMPANY, LIMITED, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN W. WOODIN, as District Attorney of Chautauqua County, N. Y., for a Mandamus Order against LEE L. OTTAWAY, as County Judge of Chautauqua County, etc., Impleaded with Others.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAURICE E. DAVIS, Respondent, v. FRANK L. COHEN, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

THE TRUSTEES OF CALVARY PRESBYTERIAN CHURCH OF BUFFALO, Respondent, v. GEORGE P. PUTNAM and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.